IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Case No. 23-144

---

**KHADIJAH LAURENS**,

Appellant

v.

**VOLVO CAR USA, LLC**, a Delaware
limited liability company,

Appellee.

---

On Appeal from
the United States District Court for the District of New Jersey

**STIPULATION OF DISMISSAL**

---

Ross Schmierer, Esq.
KAZEROUNI LAW GROUP, APC
3000 Atrium Way
Suite 200
Mt. Laurel, New Jersey
Tel: 1-800-400-6808
Ross Schmierer, Esq.
Email: ross@kazlg.com

# **STIPULATION OF DISMISSAL**

The parties by and through their respective counsel stipulate to the dismissal of this appeal pursuant to Federal Rule of Appellate Procedure 42(b). The parties shall bear their own costs.

| | |
|---|---|
| By: /s/ *Oliver Beiersdorf* <br> Oliver Beiersdorf (#051951997) <br> REED SMITH LLP <br> 599 Lexington Avenue, 22nd Floor <br> New York, New York 10022 <br> (212) 521-5400 <br> obeirsdorf@reedsmith.com <br><br> *Counsel for Appellee* | By: /s/ *Ross Schmierer* <br> Ross Schmierer, Esq. <br> KAZEROUNI LAW GROUP, APC <br> 3000 Atrium Way, Suite 200 <br> Mt. Laurel, New Jersey <br> Tel: 1-800-400-6808 <br> Email: ross@kazlg.com <br><br> *Counsel for Appellant* |

# **CERTIFICATE OF SERVICE**

I, Ross Schmierer, Esq., hereby certify that on April 20, 2023 an electronic copy of the foregoing Stipulation of Dismissal was filed with the Clerk of Court for United States Court of Appeals for the Third Circuit using the appellate CM/ECF system and was thereby served on the following:

Oliver Beiersdorf (#051951997)
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, New York 10022
(212) 521-5400
obeirsdorf@reedsmith.com

*Counsel for Appellee*

By: /s/ *Ross Schmierer*
Ross Schmierer, Esq.